UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY DON HATTABAUGH                                                                                    PLAINTIFF

v.                                         No. 2:23-cv-2042

SERGEANT MERCEDES ANDERSON and
GUARD GARETT REESER (both of Scott
County Detention Center)                                                                               DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 27) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends that the Court dismiss this case without prejudice for failure to comply with court orders and failure to prosecute. The deadline to object to the Magistrate Judge's report and recommendation has passed, with no objections having been filed. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE